

## NUMBER 13-10-00325-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

GARLOCK SEALING TECHNOLOGIES LLC
AND UNION CARBIDE CORPORATION,                    Appellants,

v.

OSCAR TORRES AND DORA TORRES,                    Appellees.

### On appeal from the 107th District Court
### of Cameron County, Texas.

## ORDER

### Before Justices Contreras, Longoria, and Hinojosa
### Order Per Curiam

This appeal was abated by this Court on June 17, 2010, due to the bankruptcy of

one of the parties to this appeal.   *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.

Since the abatement, the reporter's record and the clerk's record have been filed. This Court denied a motion to sever and reinstate the appeal on August 17, 2012.

In June and July 2017, the parties advised this Court that the bankruptcy stay was still in effect and that the case should remain abated. Since that time, there has been no activity in this appeal. The Court hereby orders the parties to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Failure to respond to this order will result in reinstatement and dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

It is so ORDERED.

PER CURIAM

Delivered and filed the
18th day of June, 2018.

2